PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Esteban Brito**                    Docket No. **21-425 (PGS)**

### Petition for Action on Conditions of Pretrial Release

      COMES NOW DANIEL MILNE PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Esteban Brito**, who was placed under pretrial release supervision by the **HONORABLE LOIS H. GOODMAN, UNITED STATES MAGISTRATE JUDGE** sitting in the Court in **Trenton**, on **February 24, 2020**, under the following conditions: $100,000 unsecured appearance bond; Pretrial Services supervision; Surrender all passports, not to apply for travel documents; Substance abuse testing and treatment as directed by Pretrial Services; Maintain or actively seek employment; Have no contact with Roselyn Mercado or the children of Roselyn Mercado; Resolve outstanding warrants and avoid all contact, direct or indirect, with anyone who is or may become a victim or potential witness in the subject investigation or prosecution.

On April 14, 2021, the defendant appeared before the Honorable Tonianne Bongiovanni, United States Magistrate Judge, on a violation related to the defendant assaulting his girlfriend, VC, after a DUI related car accident.  His bail was modified to include: No contact with VC; Appear at all future court proceedings; Abstain from the use of alcohol and maintain current residence as approve by Pretrial Services.

On June 16, 2021, the defendant was the passenger in a vehicle operated by VC when it was involved in a motor vehicle stop by Roselle Police Department.  No summons was issued, and the court was made aware of the violation.

The defendant is pending sentencing on December 5, 2022 before the Honorable Peter G. Sheridan, United States District Judge.

      Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **a bail violation hearing.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this  18th  day of  July , 2022  and ordered filed and made a part of the records in the above case. | Executed on        7/13/2022 |
| *(signature)* | *(signature)* |
| Honorable Douglas E. Arpert<br>U.S. Magistrate Judge | DANIEL MILNE<br>U.S. Pretrial Services Officer |

Ordered violation hearing set for 7/21/2022 at 10:00am via Zoom. (Invitation to follow via email.)