UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ESTEBAN BRITO | Honorable Douglas E. Arpert<br><br>Crim. No. 21-425 (PGS)<br><br>**ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

THIS MATTER having come before the Court on the supplemental petition filed by the United States Pretrial Services Office ("Pretrial Services"), and as joined by the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Eric A. Boden, Assistant United States Attorney, appearing), for an Order modifying the defendant's conditions of pretrial release to include additional conditions, as follows: (i) a curfew to be monitored and administered through the installation of an electronic monitoring device, with hours of the curfew to be determined by Pretrial Services; and (ii) a requirement that the defendant install a landline telephone in his residence within 10 days of release, unless waived by Pretrial Services, and

WHEREAS the defendant through counsel (Lawrence G. Welle, Esq.) does not oppose the application,

IT IS THEREFORE THE FINDING OF THIS COURT this 21st day of July, 2022, that the defendant's conditions of pretrial release shall be modified as follows:

1. The defendant shall be placed on a curfew with the installation of an

electronic monitoring device to monitor and administer that curfew, and with hours of the curfew to be determined by Pretrial Services.

2. The defendant shall pay all or part of the monitoring, based on ability to pay as determined by Pretrial Services.

3. The defendant shall install a landline telephone in his residence within 10 days of release, unless waived by Pretrial Services.

4. All other conditions of pretrial release earlier imposed shall remain the same.

_____
Honorable Douglas E. Arpert
United States Magistrate Judge